JS-6

1  DIEPENBROCK & COTTER, LLP
   JOHN P. COTTER, State Bar No. 158783
2  ANTHONY R. ROSSMILLER, State Bar No. 215652
   1435 River Park Drive, Suite 400
3  Sacramento, California 95815
   T. (916) 565-6222 | F. (916) 565-6220
4  E. jpc@diepenbrockcotter.com | arr@diepenbrockcotter.com

5  Attorneys for Defendants
   SAMMONS TRANSPORTATION, INC. and
6  STEVEN B. POQUETTE

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 SHARNIKA LASHAY FLINT, an            Case No.  CV 16-3769-GW(Ex)
   individual,
12                                       ORDER RE STIPULATION AND ORDER
             Plaintiff,                  FOR DISMISSAL WITH PREJUDICE
13
   vs.
14
   STEVEN B. POQUETTE, an individual;
15 SAMMONS TRANSPORTATION, INC., a
   Montana Corporation; and Does 1 to 50,
16 inclusive,
17           Defendants.

18

19       Based on the stipulation of the parties and good cause appearing, the Court orders that:

20 The case Sharnika Lashay Flint vs. Steven B. Poquette and Sammons Transportation, Inc., et al.,

21 Case No. 2:16-cv-03769, is hereby dismissed with prejudice with each party bearing its own

22 attorneys' fees and costs.

23 DATED:  March 28, 2017

24

25

26                                    _____
                                      GEORGE H. WU, U.S. District Judge
27

28